## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **WAVERLY LICENSING LLC,** | |
| Plaintiff, | Civil Action No.: 1:22-cv-00420-CFC |
| v. | **TRIAL BY JURY DEMANDED** |
| **AT&T, INC.,** | |
| Defendant. | |

## AMENDED CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and this Court's April 18, 2022 Standing Order Regarding Disclosure Statements, Plaintiff Waverly Licensing LLC hereby submits its Amended Corporate Disclosure Statement. Plaintiff states that it is a Texas limited liability company, its sole owner and managing partner is Son Nguyen, it does not have a parent corporation, and no publicly held corporation owns ten percent (10%) or more of its stock.

Dated: September 2, 2022

Respectfully submitted,

CHONG LAW FIRM PA

*/s/ Jimmy Chong*
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (302) 800-1999
Email: patent@chonglawfirm.com

ATTORNEYS FOR PLAINTIFF