IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAVERLY LICENSING LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 22-420-CFC |
| ) | |
| AT&T, INC., ) | |
| ) | |
| Defendant. ) | |
| WAVERLY LICENSING LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 22-422-CFC |
| ) | |
| GRANITE RIVER LABS INC., ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM ORDER**

Whereas the amended corporate disclosure statements filed by Plaintiff in the above-captioned case identify Son Nguyen as Plaintiff's owner; and

Whereas the Court has concerns about the accuracy of those statements and whether Plaintiff has complied with the Court's standing order regarding third-party litigation funding;

NOW THEREFORE, at Wilmington on this Twenty-first day of September in 2022, it is HEREBY ORDERED that:

1. The Court will hold on December 6, 2022 at 1:00 p.m. an evidentiary hearing to determine whether the amended corporate disclosure statements are accurate and whether Plaintiff has complied with the Court's standing order regarding third-party litigation funding;

2. The following individuals shall attend the hearing in person: Jimmy Chong and Son Nguyen.

                                                                                    */s/ Colm F. Connolly*
                                                                                     CHIEF JUDGE