# THE CHONG LAW FIRM, P.A.

Licensed in:   Delaware, New Jersey, Pennsylvania

---

October 6, 2022

**VIA ECF**
Hon. Colm F. Connolly
United States Chief District Judge
District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Unit 31
Room 4124
Wilmington, Delaware 19801-3555

> RE:  *Waverly Licensing LLC v. AT&T, Inc.,*
>      Civil Action No. 1:22-cv-00420-CFC
>      *Waverly Licensing LLC v. Granite River Labs Inc.,*
>      Civil Action No. 1:22-cv-00422-CFC

Dear Judge Connolly:

In response to the Court's Memorandum Order (D.I. #16) setting an evidentiary hearing in the case captioned above, Plaintiff Waverly Licensing LLC ("Plaintiff") seeks clarification and guidance from the Court so Plaintiff can bring any additional documents or evidence to the evidentiary hearing.

Plaintiff does not receive from a person or entity that is not a party funding for some or all of the party's attorneys' fees and/or expense to litigate this action on a non-recourse basis.  Plaintiff hired its attorney at Chong Law Firm PA on a contingency fee basis.  Although Plaintiff's attorneys have a financial interest that is contingent on the results of the litigation, no third-party funding is received to pay for the attorneys' fees.  All funding received by Plaintiff for this litigation, including the advance of any expenses, is provided on a recourse basis.

Accordingly, Plaintiff respectfully requests guidance from the Court regarding any further documents or evidence it seeks to obtain in the scheduled

---

**WILMINGTON, DE**
**Delaware Mailing Address**
2961 Centerville Rd. Ste 350
Wilmington, DE 19808
T. 302-999-9480

**LANSDALE, PA**
**Pennsylvania Mailing Address**
100 W. Main St. Ste 420
Lansdale, PA  19446
T. 215-909-5204

**PHILADELPHIA, PA**
**No Mail**
1845 Walnut Street, Suite 1300
Philadelphia, PA  19103
T. 215-909-5204

FAX FOR ALL LOCATIONS: 302-800-1999

WWW.CHONGLAWFIRM.COM

evidentiary hearing so Plaintiff may be fully responsive and ensure that the requested information is available to the Court.

    If there are any further questions or concerns, please contact the undersigned at the Court's convenience.

               Respectfully submitted,

                CHONG LAW FIRM PA

                */s/ Jimmy Chong*
                Jimmy Chong (#4839)
                2961 Centerville Road, Suite 350
                Wilmington, DE 19808
                Telephone: (302) 999-9480
                Facsimile: (302) 800-1999
                Email: patent@chonglawfirm.com