# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **WAVERLY LICENSING LLC,** | |
| Plaintiff, | Civil Action No.: 1:22-cv-00420-CFC |
| v. | |
| **AT&T MOBILITY LLC,** | TRIAL BY JURY DEMANDED |
| Defendant. | |

## UNOPPOSED MOTION TO STAY ALL DEADLINES AND NOTICE OF RESOLUTION

Plaintiff Waverly Licensing LLC ("Waverly") and Defendant AT&T Mobility LLC. ("AT&T") files this Unopposed Motion to Stay All Deadlines and Notice of Resolution because all matters in controversy between Waverly and AT&T have been resolved in principle. The parties require additional time to finalize their resolution and dismiss the case. The parties, therefore, respectfully request that all hearings and deadlines be stayed for an additional thirty (30) days, through December 21, 2022.

Dated: November 17, 2022

Respectfully submitted,

CHONG LAW FIRM PA

*/s/ Jimmy Chong*
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480

        Facsimile: (302) 800-1999
        Email: patent@chonglawfirm.com

        ATTORNEY FOR PLAINTIFF

SO ORDERED this _____ day of November, 2022.

        _____
        UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I, Jimmy Chong, certify that on November 17, 2022 this document was electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                          */s/ Jimmy Chong*
                                          Jimmy Chong (#4839)