IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAVERLY LICENSING LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AT&T MOBILITY LLC, ) <br> ) <br> Defendant. ) | C.A. No. 22-420 (CFC) <br><br> **JURY TRIAL DEMANDED** |

## AT&T MOBILITY LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant AT&T Mobility LLC ("AT&T Mobility") hereby states the following:

1. AT&T Mobility, a Delaware Limited Liability Company, is owned by the following companies: SBC Long Distance, LLC; AT&T Investment & Tower Holdings, LLC; BellSouth Mobile Data, Inc., and New Cingular Wireless Services, Inc.

2. None of the companies listed are publicly-traded companies. All of the companies listed above are subsidiaries of AT&T Inc.

3. AT&T Inc., a Delaware corporation, is a publicly traded company on the New York Stock Exchange. There is no one person or group that owns 10% or more of the stock of AT&T Inc.

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Karen Jacobs*

        _____
        Karen Jacobs (#2881)
        1201 North Market Street
        P.O. Box 1347
        Wilmington, DE  19899
        (302) 658-9200
        kjacobs@morrisnichols.com

        *Attorneys for Defendant*
        *AT&T Mobility LLC.*

November 21, 2022

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 21, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Jimmy Chong, Esquire<br>CHONG LAW FIRM PA<br>2961 Centerville Road, Suite 350<br>Wilmington, DE  19808<br>*Attorneys for Plaintiff Waverly Licensing LLC* | *VIA ELECTRONIC MAIL* |

*/s/ Karen Jacobs*

Karen Jacobs (#2881)