**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **WAVERY LICENSING LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**AT&T MOBILITY LLC,**<br><br>Defendant. | Civil Action No.: 1:22-cv-00420-CFC<br><br>**TRIAL BY JURY DEMANDED** |

**JOINT STIPULATION TO DISMISS**

Now comes Plaintiff, Waverly Licensing LLC and Defendant, AT&T Mobility LLC, by and through their counsel, pursuant to Fed. R. Civ. P 41(a)(1)(A)(ii), hereby jointly stipulate and agree as follows:

Plaintiff voluntarily dismisses all of the claims asserted against Defendant AT&T Mobility LLC **with prejudice**, each party to bear its own costs and fees. No counterclaims have been asserted in the case.

Dated: November 28, 2022

Respectfully Submitted,

CHONG LAW FIRM PA

*/s/ Jimmy Chong*
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (302) 800-1999

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs*____
Karen Jacobs (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Email: patent@chonglawfirm.com

ATTORNEY FOR PLAINTIFF

(302) 658-9200
kjacobs@morrisnichols.com

ATTORNEY FOR DEFENDANT

SO ORDERED this ____ day of November, 2022.

______________________________________
CHIEF JUDGE