IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WAVERLY LICENSING LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 22-420-CFC |
| | ) | |
| AT&T MOBILITY LLC | ) | |
| | ) | |
| Defendant. | ) | |
| WAVERLY LICENSING LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 22-422-CFC |
| | ) | |
| GRANITE RIVER LABS INC. | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

WHEREAS the Court has reason to believe that Plaintiff Waverly Licensing LLC is associated with the patent monetization firm IP Edge LLC and its affiliate Mavexar LLC;

WHEREAS Plaintiff's counsel in these cases, Mr. Chong, filed numerous other patent infringement cases in this Court in the names of other LLCs associated with IP Edge and Mavexar;

WHEREAS, for the reasons stated in the Court's Memorandum Opinion dated November 27, 2023 issued in eight cases filed by LLCs associated with IP Edge and Mavexar (Civ. Nos. 21-1247, 21-1362, 21-1855, 22-413, 22-244, 22-541, 22-418, and 22-1017), the Court has good cause to believe that certain improprieties occurred in connection with those cases, to wit: (i) certain attorneys associated with IP Edge and Mavexar engaged in the unauthorized practice of law in connection with the litigation of patent infringement cases filed in this Court in the name of LLCs associated with IP Edge and/or Mavexar, (ii) Mr. Chong failed to fulfill his professional obligations in his representation of certain LLCs associated with IP Edge and Mavexar in this Court, and (iii) misleading and inaccurate assignments of patents asserted in this Court by those LLCs were filed with the United States Patent and Trademark Office (PTO); and

WHEREAS the Court is concerned that these same improprieties may have occurred in connection with the litigation of the above-captioned cases;

NOW THEREFORE, at Wilmington on this Twenty-eighth day of December in 2023, it is HEREBY ORDERED that Mr. Chong shall appear in person and be prepared to address the Court's concern on January 17, 2024 at

2

1:00 p.m. in Courtroom 4B.

                                                 */s/ Colm F. Connolly*
                                                 CHIEF JUDGE