IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAVERLY LICENSING LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civ. No. 22-420-CFC |
| AT&T MOBILITY, LLC, | ) ) ) |
| Defendant. | ) ) |

**NOTICE OF APPEARANCE OF DAVID L. FINGER AND FINGER & SLANINA, LLC, AS COUNSEL FOR WAVERLY LICENSING, LLC**

PLEASE ENTER the appearance of David L. Finger and Finger & Slanina, LLC, on behalf of plaintiff Waverly Licensing LLC in the above-captioned action.

        Respectfully submitted,

        /s/ David L. Finger
        David L. Finger (ID #2556)
        Finger & Slanina, LLC
        One Commerce Center
        1201 N. Orange St., 7th fl.
        Wilmington, DE 19801
        (302) 573-2525
        Attorney for Plaintiff
        Waverly Licensing LLC

Dated: January 16, 2024